**Dismissed and Opinion Filed April 24, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01482-CV

**ELAINE SHEPPARD, AKA ELENI ELENA PAPAIOANNOU, INDIVIDUALLY AND DOING BUSINESS AS, XPERIENCE MUSIC, Appellant**
**V.**
**DALLAS COUNTY, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-17-00564**

### MEMORANDUM OPINION
Before Justices Whitehill, Osborne, and Carlyle
Opinion by Justice Osborne

Appellant's brief is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and appellant's brief to be filed by March 6, 2020. By postcards dated March 11, 2020 and April 10, 2020, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal. To date, appellant has not filed

a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

191482F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ELAINE SHEPPARD, AKA ELENI
ELENA PAPAIOANNOU,
INDIVIDUALLY AND DOING
BUSINESS AS, XPERIENCE
MUSIC, Appellant

No. 05-19-01482-CV     V.

DALLAS COUNTY, Appellee

On Appeal from the 298th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. TX-17-00564.
Opinion delivered by Justice
Osborne. Justices Whitehill and
Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee DALLAS COUNTY recover its costs of this appeal, if any, from appellant ELAINE SHEPPARD, AKA ELENI ELENA PAPAIOANNOU, INDIVIDUALLY AND DOING BUSINESS AS, XPERIENCE MUSIC.

Judgment entered April 24, 2020